**Electronically Filed
Supreme Court
SCWC-19-0000557
02-JUL-2024
01:05 PM
Dkt. 11 ODAC**

SCWC-19-0000557

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL T. WILLENBORG,
Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000557; CRIMINAL NO. 1CPC-17-0001516)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, and Ginoza, JJ.,
and Circuit Judge Souza, in place of Eddins, J., recused
and Circuit Judge Cataldo, in place of Devens, J., recused)

The application for writ of certiorari filed on May 20, 2024, by Petitioner/Defendant-Appellant Michael T. Willenborg is hereby rejected.

DATED: Honolulu, Hawai'i, July 2, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

/s/ Kevin A. Souza

/s/ Lisa W. Cataldo

